## Case No. 14,187.

### The TROPIC WIND.

[The case reported under above title in 24 Law Rep. 144, is the same as Case No. 16,541a.]